1  STEVEN P. KRAKOWSKY
   ATTORNEY AT LAW
2  1875 Century Park East
   Suite 2000
3  Los Angeles, California 90067
   (310) 552-7525
4  (310) 772-0989 (fax)
   State Bar No. 94047
5
   Attorney for plaintiff
6  BREAKDOWN SERVICES, LTD.

7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                                  CV10 3898 DSF SSx

12  BREAKDOWN SERVICES, LTD., a  ) Case No. _____
    California corporation,      )
13                               ) COMPLAINT FOR DAMAGES AND
              Plaintiff,         ) FOR INJUNCTION FOR COPYRIGHT
14                               ) INFRINGEMENT; DEMAND FOR
         vs.                     ) JURY TRIAL.
15                               )
    CARSFORFILMS, a business     )
16  entity; PETER HOLUB, an      )
    individual; 1440646 ONTARIO, )
17  INC., a corporation; and     )
    and DOES 1 through 10,       )
18  inclusive,                   )
                                 )
19            Defendants.        )
    _____)
20

21

22

23

24

25

26

27

28

-1-

## JURISDICTION AND VENUE

1. This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and 1338(b).

2. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a).

## PARTIES

3. Plaintiff Breakdown Services, Ltd. ("Breakdown Services") was and is a California corporation in good standing and doing business in Los Angeles County, California, with its principal place of business in said County and State.

4. Breakdown Services alleges on information and belief that defendant CarsForFilms, is a business entity form unknown, with its principal place of business in Ontario, Canada, and doing business in the Central District of California.

5. Breakdown Services alleges on information and belief that defendant Peter Holub is an individual residing in Ontario, Canada, doing business in the Central District of California under the fictitious business name CarsForFilms.

6. Breakdown Services alleges on information and belief that defendant 1440646 Ontario, Inc. is a corporation, with its principal place of business in Ontario, Canada, and doing business in the Central District of California.

7. Breakdown Services is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sues said defendants by such fictitious names. Breakdown Services will amend this Complaint when such

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

1 | true names and capacities have been ascertained.

## BACKGROUND FACTS

3 | 8. For more than thirty-five years, Breakdown Services has been actively engaged in the business of creating, preparing and delivering original script analyses and summaries commonly referred to as "breakdowns" to members of the entertainment community in Los Angeles, New York and London for feature length motion pictures, television, video and other aspects of the entertainment industry. The breakdowns are published and generally delivered by Breakdown Services on a daily basis only to authorized theatrical and other talent agencies and management companies in consideration of their written agreement with Breakdown Services to maintain the strict confidentiality of all of such information with respect to all third persons and entities. Breakdown Services delivers the breakdowns to its contract customers via the Internet.

9. The breakdowns contain material wholly original with Breakdown Services that is copyrightable subject matter under the laws of the United States.

10. At all times material hereto, Breakdown Services complied in all respects with the Copyright Act of 1976 and all other laws governing copyright, and secured the exclusive rights and privileges in and to the breakdowns which are the subject of this action. Prior to the filing of the present action, Breakdown Services duly applied for registration of the works which are the subject of this action.

11. Breakdown Services is currently and at all relevant times has been the sole proprietor of all right, title, and

interest in and to the copyrights in the breakdowns. Breakdown Services has produced and distributed the breakdowns in strict conformity with the provisions of the Copyright Act of 1976 and all other laws governing copyright.

12. All of the breakdowns contain proprietary information of value which is Breakdown Services' sole and exclusive property. Further, each and every breakdown published and delivered by Breakdown Services prominently displays the following warning: **"This confidential information is the property of Breakdown Services, Ltd. - DO NOT COPY!!!"**

13. As more particularly described herein, Breakdown Services alleges on information and belief that defendants knowingly and willfully directly copied Breakdown Services' breakdowns in their entirety; that defendants copied the breakdowns for the specific purposes of infringing Breakdown Services' copyrights and selling illegal and unauthorized copies of the breakdowns; and that defendants copied said breakdowns for the further purpose of unfairly competing with Breakdown Services by using Breakdown Services' original works to do so; and that within at least the past year preceding the filing of this action, defendants have reproduced, distributed, promoted and offered for sale illegal and unauthorized copies of the breakdowns.

14. Breakdown Services' breakdowns referenced in paragraph 13 are for the projects described as follows:

    14.1 The Sony/Lifetime Episodic entitled "Drop Dead Diva, Episode #203, 'The Long Road to Napa.'"

\ \ \

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

       14.2 The UCP/USA Episodic entitled "In Plain Sight, Episode #308, 'Son of Mann.'"

       14.3 The CBS Television Studios Episodic entitled "Medium, Episode 622, 'It's a Wonderful Death.'"

       14.4 The Sitcom series Episodic entitled "Things We Do For Love, 'Baby Fever.'"

       14.5 The MTV Networks production entitled "That Girl."

       14.6 Breakdown Services further alleges on information and belief that there may be additional breakdowns which defendants copied in the same or similar manner as referenced in paragraph 11 and which Breakdown Services will seek to add to its Claims for Relief at such time as they have been identified.

    15. Breakdown Services further alleges on information and belief that defendants received actual notice of Breakdown Services' complaints regarding defendant's unauthorized copyright infringement and that defendants, nevertheless, continued to wilfully and knowingly copy Breakdown Services' breakdowns and to reproduce, distribute, promote and offer said breakdowns for sale to third parties.

    16. The natural, probable and foreseeable result of defendants' wrongful conduct has been and will be to deprive Breakdown Services of the benefits of selling Breakdown Services' breakdowns, to dilute and damage Breakdown Services' goodwill, and to injure Breakdown Services' relations with both the studios which provide scripts to Breakdown Services and Breakdown Services' present and prospective customers.

\ \ \

\ \ \

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

## FIRST CLAIM FOR RELIEF

**COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101, et seq.)**

17. Breakdown Services realleges each and every allegation set forth in paragraphs 1 through 16, inclusive.

18. By their actions alleged above, defendants have infringed and will continue to infringe Breakdown Services' copyright in and relating to the breakdowns by producing, distributing and placing upon the market products which are direct copies of Breakdown Services' copyrighted breakdowns.

19. Breakdown Services is entitled to an injunction restraining defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

20. Breakdown Services is further entitled to recover from defendants damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by defendants as a result of defendants' acts of infringement alleged above. At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Breakdown Services.

WHEREFORE, Breakdown Services prays for judgment against defendants as follows:

**ON THE FIRST CLAIM FOR RELIEF:**

1. That the Court find that defendants have infringed Breakdown Services' copyright in the breakdowns.

2. That the Court find a substantial likelihood that defendants will continue to infringe Breakdown Services' copyright in the breakdowns unless enjoined from doing so.

3. That defendants, their officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing Breakdown Services' copyright in the breakdowns or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop or manufacture any works derived or copies from the breakdowns or to participate or assist in any such activity.

4. That defendants be required to file with the Court and to serve on Breakdown Services, within 30 days after service of the Court's order as herein prayed, a report in writing under oath setting forth in detail the manner and form in which defendants have complied with the Court's order.

5. That judgment be entered for Breakdown Services and against defendants for Breakdown Services' actual damages according to proof, and for any profits attributable to infringements of Breakdown Services' copyright, in accordance with proof.

6. That judgment be entered for Breakdown Services and against defendants for statutory damages based upon defendants' acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq.

7. That defendants be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violations of law.

8. That all gains, profits and advantages derived by defendants from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit

1 | of Breakdown Services.

2 |     9.   That Breakdown Services have judgment against
3 | defendants for Breakdown Services' costs and attorneys' fees.
4 |     10.  That the Court grant such other, further, and different
5 | relief as the Court deems proper under the circumstances.

DATED: May 24, 2010

                              STEVEN P. KRAKOWSKY
                              Attorneys for plaintiff
                              BREAKDOWN SERVICES, LTD.

### JURY DEMAND

Plaintiff Breakdown Services, Ltd. hereby demands trial by jury on all issues triable to a jury.

DATED: May 24, 2010

                              STEVEN P. KRAKOWSKY
                              Attorneys for plaintiff
                              BREAKDOWN SERVICES, LTD.

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

```
CV10- 3898 DSF (SSx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

Breakdown Services, Ltd., a California corporation )
)
*Plaintiff* )
) Civil Action No. **CV10 3898 DSF SSx**
v. )
)
CarsForFilms, a business entity; Peter Holub, an )
individual; 1440646 Ontario, Inc., a corporation; and )
Does 1 through 10 *Defendant* )
inclusive

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CarsForFilms, a business entity; Peter Holub, an individual; 144046 Ontario, Inc., a corporation; and DOES 1 through 10, inclusive, 2601 Matheson Blvd East, Unit 40, Mississauga, Ontario, Canada, L4W 5A8

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven P. Krakowsky, Esq.
1875 Century Park East, Suite 2000
Los Angeles, California 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**CHRISTOPHER POWERS**

Date: MAY 24 2010

*Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Breakdown Services, Ltd., a California corporation

**DEFENDANTS**
CarsForFilms, a business entity; Peter Holub, an individual; 144064 Ontario, Inc., a corporation; and DOES 1 through 10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Steven P. Krakowsky, Esq.    (310)552-7525
1875 Century Park East, Suite 2000
Los Angeles, California 90067

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ Statutory damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement 17 U.S.C. 101

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | | | FORFEITURE / PENALTY | |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | ☐ 444 Welfare | | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV10 3898

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Canada |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _/s/_  Date May 24, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |