JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California Corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CARSFORFILMS, a business entity; PETER HOLUB, an individual; 1440646 ONTARIO, INC., a corporation, et al.<br><br>                    Defendants.<br>_____ | Case No.  CV 10-3898 DSF (SSx)<br><br>**DEFAULT JUDGMENT** |

    The Clerk having entered the defaults of Defendants CarsForFilms, Peter Holub, and Ontario, Inc.; and the Court having read and considered the unopposed Motion for Entry of Default Judgment and the accompanying Declaration of Gary A. Marsh in Support of Entry of Default Judgment,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Breakdown Services, Ltd. is granted judgment against Defendants CarsForFilms, Peter Holub, and Ontario, Inc. in the amount of $150,000, jointly and severally, plus attorney's fees in the sum of $2,701.25, and costs of suit to be awarded pursuant to a bill of costs.

**IT IS FURTHER ORDERED THAT** Defendants, their officers, agents and employees, and all persons acting in concert with them are enjoined from directly or indirectly infringing Breakdown Service, Ltd.'s copyright in the breakdowns or continuing to market, offer, sell, dispose of, license, lease, transfer, display, advertise, reproduce, develop, or manufacture any works derived or copied from the breakdowns or to participate or assist in any such activity.

Dated: 8/30/10_____      _____
Dale S. Fischer
United States District Judge

2